**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RAM D. GOPAL | : | CIVIL ACTION NO. 3:19CV01810(VAB) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, EL AL: | | |
| *Defendants* | : | DECEMBER 23, 2019 |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure, the Defendants, University of Connecticut, Bruce Gelston (in his official and individual capacities), Stephanie Reitz (in her official and individual capacities), John Elliot (in his official and individual capacities), Susan Herbst (in her official and individual capacities), and Craig Kennedy (in his official and individual capacities), move for an order requiring the Plaintiff, Ram D. Gopal, to post a bond as security for costs in the amount of Five Hundred Dollars ($500.00).

DEFENDANTS,

UNIVERSITY OF CONNECTICUT, SUSAN HERBST (OFFICIAL AND INDIVIDUAL CAPACITY), CRAIG KENNEDY (OFFICIAL AND INDIVIDUAL CAPACITY), JOHN ELLIOT (OFFICIAL AND INDIVIDUAL CAPACITY), BRUCE GELSTON (OFFICIAL AND INDIVIDUAL CAPACITY), AND STEPHANIE REITZ (OFFICIAL AND INDIVIDUAL CAPACITY)

WILLIAM TONG
ATTORNEY GENERAL

By:   /s/ *Nancy A. Brouillet*
Nancy A. Brouillet
Assistant Attorney General
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Nancy.Brouillet@ct.gov
Federal Bar # ct03138

1

## **CERTIFICATION**

I hereby certify that on December 23, 2019 a copy of the foregoing was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                          _/s/ *Nancy A. Brouillet*_____
                                          Nancy A. Brouillet
                                          Assistant Attorney General