# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAM D. GOPAL | : | CIVIL NO. 3:19-cv-01810-VAB |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| SUSAN HERBST, CRAIG KENNEDY, | : | |
| JOHN ELLIOT, BRUCE GELSTON, | : | |
| AND STEPHANIE REITZ, | : | |
| *Defendants* | : | FEBRUARY 7, 2020 |

## DEFENDANTS' MOTION TO DISMISS

The Defendants University of Connecticut, Susan Herbst, Craig Kennedy, John Elliot, Bruce Gelston, and Stephanie Reitz, move to dismiss the Plaintiff's Complaint alleging violations of: Title VII racial discrimination; Fourteenth Amendment Due Process; and Fourteenth Amendment Equal Protection in its entirety pursuant to Federal Rules of Civil Procedure Rules 12(b)(1), 12(b)(5) and 12(b)(6).  Based on those counts, Plaintiff seeks *inter alia*: compensatory damages from each Defendant; a declaratory judgment; injunctive relief prohibiting the Defendant from continuing their illegitimate, discriminatory and retaliatory practices and reinstating Plaintiff with all back pay and benefits, including credit towards his pension; punitive damages from each Defendant.

The Defendants bring this motion on the following grounds:

1.      These claims are barred by the Eleventh Amendment;

2.      These claims are barred by sovereign immunity;

3.      Plaintiff has failed to allege facts necessary to state a claim upon which relief may be granted for all three counts;

4.      The Title VII claims cannot be brought against the individual Defendants;

5.      Because they violated no clearly established right and their lack of personal

involvement, the individual Defendants are entitled to qualified immunity for claims

brought pursuant to 42 U.S.C. § 1983;

A memorandum of law fully detailing the grounds is filed with this Motion.

WHEREFORE, the Defendants respectfully request that this Court dismiss these claims

against them and enter judgment in  their favor.

DEFENDANTS,
UNIVERSITY OF CONNECTICUT,
SUSAN HERBST (OFFICIAL AND
INDIVIDUAL CAPACITY), CRAIG
KENNEDY (OFFICIAL AND
INDIVIDUAL CAPACITY), JOHN
ELLIOT (OFFICIAL AND INDIVIDUAL
CAPACITIES), BRUCE GELSTON
(OFFICIAL AND INDIVIDUAL
CAPACITIES), AND STEPHANIE REITZ
(OFFICIAL AND INDIVIDUAL
CAPACITIES)


WILLIAM TONG,
ATTORNEY GENERAL

BY:      _/s/ Nancy A. Brouillet_____
Nancy A. Brouillet
Assistant Attorney General
165 Capitol Ave., Suite 5000
Hartford, CT 06106
Tel.:  (860) 808-5340
Fax:  (860) 808-5383
Email:  Nancy.Brouillet@ct.gov
Federal Bar # ct03138

## **CERTIFICATION**

I hereby certify that on February 7, 2020, a copy of the foregoing was filed electronically.

Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Nancy A. Brouillet*
Nancy A. Brouillet (#ct03138)
Assistant Attorney General