# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAM D. GOPAL | : | CIVIL NO. 3:19-cv-01810-VAB |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| SUSAN HERBST, CRAIG KENNEDY, | : | |
| JOHN ELLIOT, BRUCE GELSTON, | : | |
| AND STEPHANIE REITZ, | : | |
| *Defendants* | : | FEBRUARY 7, 2020 |

## LIST OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS

Exhibit 1   **December 14, 2017** email to President Herbst, copying State Representative Melissa Ziobron, with the subject line, "#me too and state travel fund issues."

Exhibit 2   **April 6, 2018** Report from Sarah Chipman, Office of Institutional Equity regarding its investigation of Plaintiff's conduct, including **March 2, 2018** notice of investigation notice to Plaintiff. (FILED UNDER SEAL)

Exhibit 3   **April 30, 2018** Audit and Management Advisory Services in Business Travel Report, appended to **May 22, 2018** Report of Office of University Compliance, appending **April 30, 2018** Audit and Management Advisory Services in Business Travel Report.

Exhibit 4   **May 29, 2018** letter from Dean of the School of Business Elliott to Plaintiff, copying David Amdur, Associate Director UConn AAUP (2 pages).

Exhibit 5   **July 26, 2018** letter from Dean of the School of Business Elliott to Plaintiff, describing conclusions from **June 1, 2018** hearing.

Exhibit 6   **August 16, 2018**, Plaintiff filed an appeal of Dean Elliot's recommendation to Provost Kennedy.

Exhibit 7   **August 15, 2018** sworn CHRO Complaint No. 1940078/ EEOC No. 16A201801673, *Melissa Burk v. Ram Gopal, University of Connecticut*, filed August 21, 2018. (FILED UNDER SEAL)

Exhibit 8   **August 29, 2018** Plaintiff's resignation via email to Provost Kennedy, and Provost Kennedy's responsive email dated August 30, 2018 copying AAUP Executive Director Michael Bailey and AAUP representative David Amdur, appending a one page letter dated August 29, 2018.

1

Exhibit 9  Excerpts of AAUP Collective Bargaining Agreement July 1, 2017 – June 30, 2021

DEFENDANTS,
UNIVERSITY OF CONNECTICUT, SUSAN HERBST (OFFICIAL AND INDIVIDUAL CAPACITY), CRAIG KENNEDY (OFFICIAL AND INDIVIDUAL CAPACITY), JOHN ELLIOT (OFFICIAL AND INDIVIDUAL CAPACITIES), BRUCE GELSTON (OFFICIAL AND INDIVIDUAL CAPACITIES), AND STEPHANIE REITZ (OFFICIAL AND INDIVIDUAL CAPACITIES)

WILLIAM TONG,
ATTORNEY GENERAL

BY:  /s/ Nancy A. Brouillet
Nancy A. Brouillet
Assistant Attorney General
165 Capitol Ave., Suite 5000
Hartford, CT 06106
Tel.: (860) 808-5340
Fax: (860) 808-5383
Email: Nancy.Brouillet@ct.gov
Federal Bar # ct03138

## **CERTIFICATION**

I hereby certify that on February 7, 2020, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.

*/s/ Nancy A. Brouillet*
Nancy A. Brouillet (#ct03138)
Assistant Attorney General

3