# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAM D. GOPAL | : | CIVIL NO. 3:19-cv-01810-VAB |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| SUSAN HERBST, CRAIG KENNEDY, | : | |
| JOHN ELLIOT, BRUCE GELSTON, | : | |
| AND STEPHANIE REITZ, | : | |
| *Defendants* | : | MAY 11, 2020 |

## MOTION FOR PERMISSION TO FILE OVERSIZED REPLY BRIEF TO PLAINTIFF'S MEMO IN OPPOSITION TO MOTION TO DISMISS

The Defendants University of Connecticut ("UConn"), Susan Herbst, Craig Kennedy, John Elliot, Bruce Gelston, and Stephanie Reitz, in the above-referenced matter, hereby move for permission to file their reply brief to Plaintiff's Memo in Opposition to Motion to Dismiss in excess of the ten (10) page limitation set forth in Local Rule 7.

Defendants respectfully represent that it was impossible to adequately address the numerous issues present in this case and stay within the 10-page limit and requests permission to file a twenty four (24) page brief due to the number of allegations, the number of Defendants, and the new claims raised in Plaintiff's opposition brief.

WHEREFORE, the Defendants respectfully request that the Court grant their request that the reply brief be docketed by the Court.

1

DEFENDANTS,
UNIVERSITY OF CONNECTICUT,
SUSAN HERBST (OFFICIAL AND
INDIVIDUAL CAPACITY), CRAIG
KENNEDY (OFFICIAL AND
INDIVIDUAL CAPACITY), JOHN
ELLIOT (OFFICIAL AND INDIVIDUAL
CAPACITIES), BRUCE GELSTON
(OFFICIAL AND INDIVIDUAL
CAPACITIES), AND STEPHANIE REITZ
(OFFICIAL AND INDIVIDUAL
CAPACITIES)

WILLIAM TONG,
ATTORNEY GENERAL

BY:   /s/ Nancy A. Brouillet
Nancy A. Brouillet
Assistant Attorney General
165 Capitol Ave., Suite 5000
Hartford, CT 06106
Tel.: (860) 808-5340
Fax: (860) 808-5383
Email: Nancy.Brouillet@ct.gov
Federal Bar # ct03138

## CERTIFICATION

I hereby certify that on May 11, 2020, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ Nancy A. Brouillet
Nancy A. Brouillet (#ct03138)
Assistant Attorney General