## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAM D. GOPAL, | : | CIVIL ACTION NO. 3:19CV01810(VAB) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| SUSAN HERBST, CRAIG KENNEDY, | : | |
| JOHN ELLIOT, BRUCE GELSTON, | : | |
| AND STEPHANIE REITZ, | : | |
| *Defendants*. | : | OCTOBER 20, 2020 |

## JOINT MOTION TO MODIFY THE SCHEDULNG ORDER FOR DEPOSITIONS

The Defendants, University of Connecticut ("UConn"), Susan Herbst, Craig Kennedy, John Elliot, Bruce Gelston, and Stephanie Reitz, and the Plaintiff, Ram D. Gopal, jointly and pursuant to Local Rule 7(b), hereby request an extension of the deadline for written discovery and depositions to February 27, 2021. Accordingly, the parties also request an extension of currently scheduled Post-Discovery Telephonic Status Conference to a date after this deadline. In support of this motion, the parties represent as follows:

1. The parties filed their 26(f) report on February 5, 2020 (Doc. #17).

2. The Defendants thereafter filed a Motion to Dismiss on February 7, 2020 (Doc. #19).

3. Following a Telephonic Scheduling Conference, the court set the deadline to depose fact witnesses as December 18, 2020, the discovery deadline for January 5, 2021 and the dispositive motion deadline for June 4, 2021. (Doc. # 27)

4. Plaintiff's Opposition to the Motion to Dismiss was filed on March 20, 2020 (Doc. #33)

5. Defendants replied to Plaintiff's opposition to its Motion to Dismiss on May 11, 2020 (Doc. #44)

6. Thereafter, Plaintiff requested an extension of time until June 19, 2020 to respond to the Defendants' discovery requests (Doc. #48). This motion was granted on May 18, 2020 (Doc. #50).

7. On July 2, 2020, Defendants requested an extension of time until October 26, 2020 to

1

respond to Plaintiff's discovery requests (Doc. # 49). This motion was granted on August 15, 2020 (Doc. #64).

8. On September 15, 2020 a Video Conferenced Hearing on the Motion to Dismiss was held.

9. On September 25, 2020 the Court denied Defendants' Motion to Dismiss (Doc. #71).

10. Defendants filed their Answer to the Complaint on October 7, 2020 (Doc. #73).

11. Counsel are currently working on scheduling depositions of fact witnesses remotely. Given the number of Defendants, scheduling to permit them to attend the depositions has been challenging.

12. Defendants had noticed Plaintiff's deposition for August but postponed that because they did not have the responses to all the interrogatories and production requests.   It has now been scheduled for January 6, 2021.

13. The parties are also involved in ongoing attempts to  communicate regarding outstanding discovery responses, objections and related disputes without Court intervention. The individual Defendants' responses to Plaintiff's interrogatories and production requests are due on October 26, 2020.

14. The parties have experienced delays due to the COVID-19 pandemic, including the ability to access relevant documents and schedule depositions due to staff schedules and limitations on remote capabilities.

15. There is no prejudice to either party in this request.

16. Pursuant to Local Rule 7(b), undersigned counsel has contacted plaintiff's counsel, James S. Brewer, Esq., and he has no objection and joins in this motion.

17. This is the parties' first request to modify the Scheduling Order.

**WHEREFORE**, the parties respectfully request a modification of the Scheduling Order, setting the deadline for discovery and fact witness depositions to February 27, 2021. No other deadline extensions are requested at this time.

THE PLAINTIFF

RAM D. GOPAL

BY \_\_\_\_\_/s/_____
James S. Brewer, Esq.
67 Russ Street
Hartford, CT 06106
Tel: (860) 217-0652
Email: jbreweratty@gmail.com

DEFENDANTS,

UNIVERSITY OF CONNECTICUT, SUSAN HERBST (OFFICIAL AND INDIVIDUAL CAPACITY), CRAIG KENNEDY (OFFICIAL AND INDIVIDUAL CAPACITY), JOHN ELLIOT (OFFICIAL AND INDIVIDUAL CAPACITIES), BRUCE GELSTON (OFFICIAL AND INDIVIDUAL CAPACITIES), AND STEPHANIE REITZ (OFFICIAL AND INDIVIDUAL CAPACITIES)

WILLIAM TONG
ATTORNEY GENERAL

By: /s/ *Nancy A. Brouillet*
Nancy A. Brouillet
Assistant Attorney General
165 Capitol Avenue, Suite 5000
Hartford, CT 06106
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Nancy.Brouillet@ct.gov
Federal Bar # ct03138

## **CERTIFICATION**

I hereby certify that on October 20, 2020 a copy of the foregoing was filed electronically.

Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

                                                /s/ *Nancy A. Brouillet*
                                                Nancy A. Brouillet
                                                Assistant Attorney General