**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RAM D. GOPAL, : Civil Action No. 3:19CV01810(VAB) | |
| *Plaintiff*, : | |
| : | |
| v. : | |
| : | |
| UNIVERSITY OF CONNECTICUT, : | |
| SUSAN HERBST, CRAIG KENNEDY, : | |
| JOHN ELLIOT, BRUCE GELSTON, : | |
| AND STEPHANIE REITZ, : | |
| *Defendants.* : JANUARY 4, 2021 | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S**
**MOTION FOR EXTENSION OF TIME**

The Defendants, University of Connecticut, Susan Herbst, Craig Kennedy, John Elliot, Bruce Gelston, and Stephanie Reitz, (hereinafter "Defendants"), in the above-captioned matter oppose any extension of the time for the Plaintiff to admit or deny the Defendant UConn's December 1, 2020 Requests for Admission beyond January 11, 2020, and completely oppose any extension of time to object to these requests, since Plaintiff's counsel received these requests and acknowledged them on December 1, 2020.

Given that the Court has scheduled a discovery conference for January 13th, it would prejudice the Defendants to extend the deadline nunc pro tunc for no good cause shown.

On December 2, 2020, counsel had a discovery conference with this Court. At the time of counsel's discussion (outside of the presence of the Court), these discovery requests were discussed. Moreover, these Requests in word format were provided to Plaintiff's counsel on December 2, 2020, in addition to the earlier pdf version.[1]

---

[1] Per Plaintiff's disclosure he is employed as a professor of Information Systems Management at a major university, although his counsel represented that he would be returning to his Connecticut home over the holidays. Notably, there is no claim that Plaintiff cannot access the internet while working in England. Of course, any objections are based on learned counsel, so there is no reason for not providing any objections – if they would have been appropriate.

1

Despite the undersigned reminding Plaintiff's counsel via email that these responses were due on December 31st, Plaintiff did not seek an extension at that time and provides no reason for the delay in seeking an extension.

WHEREFORE, the Defendants consent to this Court extending the time for the Plaintiff to admit or deny these Requests, but not object, until no later than January 11, 2020. Thus, the Defendants respectfully move that this Court limit this extension so that the progress of this litigation is not impeded.

                                                DEFENDANTS,

                                                WILLIAM TONG

                                                ATTORNEY GENERAL

By:    /s/ *Nancy A. Brouillet*
          Nancy A. Brouillet
          Assistant Attorney General
          165 Capitol Avenue, Suite 5000
          Hartford, CT 06106
          Tel:  (860) 808-5340
          Fax: (860) 808-5383
          E-mail:Nancy.Brouillet@ct.gov
          Federal Bar # ct03138

**CERTIFICATION**

I hereby certify that on January 4, 2021 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ *Nancy A. Brouillet*
Nancy A. Brouillet (#ct03138)
Assistant Attorney General

3