# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAM D. GOPAL | : CIVILACTION NO: |
|     PLAINTIFF, | : 3:19-CV-01810-VAB |
| V. | |
| UNIVERSITY OF CONNECTICUT, ET AL. | |
|     DEFENDANTS | : FEBRUARY 23, 2021 |

## MOTION FOR LEAVE TO TAKE TWO DEPOSITIONS

Pursuant to Fed. R. Civ. P. 30 (a)(2) the plaintiff moves for leave of the court to take the deposition of two witnesses that may result in, "more than 10 depositions being taken under this rule." The plaintiff submits that there is good cause for this as there are five individual defendants [Herbst, Kennedy, Elliot, Gelston and Reitz] in addition to the University of Connecticut. In order to prove his claims, the plaintiff needs to examine each of the named defendants. In addition, the claims and the pretextual defenses refer to policy, accounting, conduct and other procedures that require the taking of six non-party administrative employees (past and present) of the defendant University of Connecticut. [Fearney, Greene, Soucy, Marsden, Bannister, Burke] The plaintiff also needs to take the deposition of union representative David Amdur, who defendants assert "represented" and advised plaintiff at certain material times. This totals 12 depositions.

Wherefore, it is respectfully submitted that in the interests of justice and for good cause shown, the Court grant leave for the taking of two depositions beyond the ten-deposition limit. Defendants' counsel, Assistant Attorney General Nancy Brouillet does not consent to this motion.

Respectfully Submitted,

PLAINTIFF

BY:   /s/ *James S. Brewer*
      James S. Brewer
      67 Russ Street
      Hartford, CT 06106
      860-217-0652
      Bar No. ct 07019
      jbreweratty@gmail.com

## **CERTIFICATION**

    I hereby certify that on the above date, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].

       /s/ *James S. Brewer*
      JAMES S. BREWER