**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RAM D. GOPAL | : | CIVIL ACTION No. 3:19CV01810 (VAB) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSITY OF | : | |
| CONNECTICUT, ET AL | : | |
| *Defendants* | : | MARCH 17, 2021 |

## STIPULATION RE: MOTION FOR PROTECTIVE ORDER

**Following this Court's March 16, 2021 ruling** [Docket #96] **on** the Motion for Protective

Order. [Docket #92], granting it in part and denying it in part without prejudice to renew**,** the

parties have reached an agreement that will not necessitate a renewed motion.

The Court's ruling said:

Consistent with the Court's "inherent authority to manage [its] docket and courtroom[ ] with
a view toward the efficient and expeditious resolution of cases," *Dietz v. Bouldin*, 136 S.Ct.
1885, 1892 (2016), the [90] motion to take a deposition from Amdur and Marsden is
GRANTED, and the [92] motion for a protective order regarding the deposition of Kelly L.
Bannister is GRANTED in part, and DENIED in part without prejudice to renewal. Given
the number of depositions already permitted by the Court, the deposition of Ms. Bannister
cannot be taken until all other depositions have been completed, and unless and until Mr.
Gopal can make a more specific showing as to the necessity of this deposition. To the
extent that Defendants wish to have Ms. Bannister attend the depositions of others on this
case, Defendants must make more of a showing as to Ms. Bannister's position as "in-house
counsel," Defendant's Reply Mem. at 3, or the appropriate party representative to attend
depositions on the Defendants' behalf. *See* D.Conn.L.Civ.R. 30(a). As a result, the portion
of the motion for a protective order is denied without prejudice to renewal.

Rather than submit a renewed motion for Defendant UConn's in-house counsel to attend the

depositions as its representative, as Attorney Bannister has in numerous other matters, the parties

have reached an agreement as follows:

1.  Plaintiff consents to the attendance of Attorney Bannister at the depositions as  the

    representative of the Defendant UConn.

2.  The Plaintiff will not take the deposition of former Professor James Marsden or

    Attorney Bannister.

3.  The Defendants consent to the deposition of Sarah Chipman, Interim Associate Vice President of the Office of Institutional Equity (OIE).

4.  The parties will work together to schedule the depositions for mutually agreeable dates within the discovery deadline, and in the order requested by Plaintiff to the extent possible.

Based on their agreement, the parties will not require further Court intervention in regard to the motion for protective order.

DEFENDANTS,

WILLIAM TONG,
ATTORNEY GENERAL

By:  */s/  Nancy A. Brouillet*
Nancy A. Brouillet
Assistant Attorney General
Federal Bar # ct03138
165 Capitol Avenue
Hartford, CT 06106
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail:  Nancy.Brouillet@ct.gov

2

## **CERTIFICATION**

I hereby certify that on March 17, 2021 a copy of the foregoing was filed electronically.

Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's system.

*/s/ Nancy A. Brouillet*

Nancy A. Brouillet (#ct 03138)

Assistant Attorney General
